UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

ERNEST A. HALL, 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

12cv9933
Judge Virginia M. Kendall
Magistrate Judge Daniel G. Martin

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

RECEIVED

DEC 13 2012

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

COMPLAINT FOR APPEAL OF A DECISION

BY THE COMMISSIONER OF SOCIAL SECURITY

Plaintiff, Ernest A. Hall, makes the following representations to the Court for the purpose of obtaining judicial review of a decision of the Defendant adverse to the Plaintiff:

1. The Plaintiff is a resident of Chicago, in the State of Illinois. The Plaintiff's social security number is displayed in the complaint caption.

2. The Plaintiff complains of a decision which adversely affects him in whole or in part. The decision has become the final decision of the Commissioner for purposes of judicial review and bears the following caption:

ORDER OF APPEALS COUNCIL

IN THE CASE OF: ERNEST A. HALL, CLAIMANT

CLAIM FOR: PERIOD OF DISABILITY, DISABILITY INSURANCE BENEFITS, SUPPLEMENTAL SECURITY INCOME

3. A copy of the Action of the Appeals Council is attached to this Complaint.

4. The Plaintiff asks the Court to reconsider the substantial gainful activity limits in this case. Although the record states Plaintiff's 2010 and 2011 earnings exceed the substantial gainful activity threshold, many months are at or just over substantial gainful activity limits.

5. The Plaintiff asserts that due to his deteriorating health and extreme weight gain to nearly 1,000 pounds, it is unlikely that he will be able to continue to earn his current salary.

6. The Plaintiff denies he admitted he would work full-time if his employer offered full-time hours to him. Plaintiff asserts even if offered full-time hours by his employer, he would not accept this offer due to his deteriorating health.

7. The Plaintiff has exhausted administrative remedies in this matter and this Court has jurisdiction for judicial review pursuant to 42 U.S.C., Section 405(g) and 42 U.S.C., Section 1383(c)(3).

WHEREFORE, Plaintiff seeks judicial review by this Court and the entry of judgment for such relief as may be proper, including costs.

Dated: 12-13-12             Respectfully Submitted,

s/ *Ernest Hall*

Ernest A. Hall, Plaintiff

8130 S. Claremont Avenue

Chicago, Illinois, 60620

Social Security Administration
OFFICE OF DISABILITY ADJUDICATION AND REVIEW

ORDER OF APPEALS COUNCIL

| IN THE CASE OF | CLAIM FOR |
|---|---|
| Ernest A Hall | Period of Disability |
| (Claimant) | Disability Insurance Benefits |
| | Supplemental Security Income |
| | 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 |
| (Wage Earner) | (Social Security Number) |

The Appeals Council has received additional evidence which it is making part of the record. That evidence consists of the following exhibits:

Exhibit 16B    Letter from Ernest Hall dated August 1, 2011 and 4 photographs

Date: September 24, 2012